UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

FILED
JUL - 2 2015
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

NOEL REZENE,

    Petitioner,

v.             ACTION NO. 2:14cv514

ROBERT F. HORNAN,
Commonwealth Attorney, Fairfax County, Virginia,

    Respondent.

## FINAL ORDER

  This matter was initiated by petition for a writ of habeas corpus under 28 U.S.C. § 2241. The petition alleged that the Commonwealth's Attorney for Fairfax County lodged a detainer with the Federal Bureau of Prisons that was in violation of the Interstate Agreement on Detainer's Act.

  The petition was referred to a United States Magistrate Judge for report and recommendation pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Local Civil Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia. The Magistrate Judge's Report and Recommendation filed May 15, 2015, recommends dismissal of the petition with prejudice. ECF No. 14. The Court has received no objections to the Report and Recommendation and the time for filing objections has expired.

  The Court does hereby accept the findings and recommendations set forth in the Report and Recommendation filed May 15, 2015, and it is therefore ORDERED that Respondent's Motion to Dismiss be GRANTED, and that the petition be DENIED and DISMISSED with prejudice as the petitioner is no longer incarcerated and therefore lacks standing. It is further ORDERED that judgment be entered in favor of Respondent.

Petitioner may appeal from the judgment entered pursuant to this Final Order by filing a written notice of appeal with the Clerk of this court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510, within thirty days from the date of entry of such judgment.

Petitioner has failed to demonstrate "a substantial showing of the denial of a constitutional right," therefore, the Court declines to issue any certificate of appealability pursuant to Rule 22(b) of the Federal Rules of Appellate Procedure. *See Miller-El v. Cockrell*, 537 U.S. 322, 335-36 (2003).

The Clerk shall mail a copy of this Final Order to Petitioner and to counsel of record for Respondent.

/s/ Mark S. Davis
Mark S. Davis
United States District Judge

Mark S. Davis
UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
July 2, 2015